■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOSES JAMES, Appellant. [881 NYS2d 899]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 28, 2002 (*People v James,* 294 AD2d 600 [2002]), affirming a judgment of the Supreme Court, Kings County, rendered December 16, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Spolzino and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYNALDO MORGAN, Appellant. [881 NYS2d 898]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered December 5, 2002, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied the effective assistance of trial counsel. Viewing the evidence, the law, and the circumstances of this case in their totality and as of the time of the representation, we find that the defendant was afforded meaningful representation at trial (*see People v Benevento,* 91 NY2d 708, 712 [1998]; *People v Baldi,* 54 NY2d 137, 147 [1981]). Spolzino, J.P., Angiolillo, Chambers and Lott, JJ., concur.